UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcia Brevot
**Plaintiff**

-v-

NYC Department of Education,
et al.
**Defendant**

Case No. 04 CV 7959 (GEL)(MHD)

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____plaintiff_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

Date: October 8, 2004

Signature of Attorney
Beth Haroules
Attorney Bar Code: BH 5797

Form Rule7_1.pdf