UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

MARCIA BREVOT,

                                     Plaintiff,

                  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
JOEL I. KLEIN, Chancellor, New York City Department
of Education, MICHAEL LA FORGIA, Local Instructional
Supervisor Region 9 New York City Department of
Education, RICHARD J. CONDON, Special
Commissioner, New York City Office of the Special
Commissioner of Investigation for the New York City
School District, and MARIE ZOLFO, Senior Investigator,
New York City Office of the Special Commissioner of
Investigation for the New York City School District,

                                     Defendants.

------------------------------------------------------------------------ X

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**04 CIV. 7959 (GEL)**

        **PLEASE TAKE NOTICE** that upon the Declaration of Blanche Greenfield, dated April 19, 2006, and the exhibits thereto, defendants' 56.1 Statement in Support of Their Motion for Summary Judgment, and defendants' Memorandum of Law in Support of their Motion for Summary Judgment, and all prior pleadings and proceedings herein, defendants will move this Court, before the Honorable Gerard E. Lynch, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on such day when counsel may be heard, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to defendants on all claims alleged by plaintiff, and for such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that opposition papers, if any, must be served by May 22, 2006.

Dated: New York, New York
April 19, 2006

    MICHAEL A. CARDOZO
    Corporation Counsel of the
     City of New York
    Attorney for Defendants
    100 Church Street, Room 2-142
    New York, New York 10007
    (212) 788-0872

By: _____
    BLANCHE GREENFIELD(BG3579)
    Assistant Corporation Counsel