UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
                                              :   04 cv 7959 (GEL)
MARCIA BREVOT,                                :      ECF CASE
                                              :
              Plaintiff,                      :   Electronically
                                              :       Filed
       -against-                              :
                                              :
NEW YORK CITY DEPARTMENT OF EDUCATION,        :
JOEL I. KLEIN, Chancellor, New York City of   :
Education, MICHAEL LA FORGIA, Local           :
Instructional Supervisor, Region 9,           :   NOTICE OF MOTION
New York City Department of Education,        :      FOR PARTIAL
RICHARD J. CONDON, Special Commissioner,      :   SUMMARY JUDGMENT
New York City Office of the Special           :
Commissioner of Investigation for the         :
New York City School District, and            :
MARIE ZOLFO, Senior Investigator, New York    :
City Office of the Special Commissioner of    :
Investigation for the New York City School    :
District,                                     :
                                              :
              Defendants.                     :
                                              :
.. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

TO:  BLANCHE GREENFIELD, ESQ.
     ASSISTANT CORPORATION COUNSEL
     100 CHURCH STREET, ROOM 2-142
     NEW YORK, NY 10007

**PLEASE TAKE NOTICE** that the undersigned, attorney for Plaintiff, hereby moves for partial summary judgment on her claim for a name-clearing hearing. In support of this motion, Plaintiff shall rely on her declaration, the declaration of Jeffrey E. Fogel, Plaintiff's Statement of Material Facts and a Brief in Support of Motion for Partial Summary Judgment.

s/Jeffrey E. Fogel
Jeffrey E. Fogel (JF-3948)
New York Civil Liberties Union
Foundation
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3363
