EXHIBIT Y

June 26, 1997

- During Commissioner Mills' visit.
- When staff members were sent to monitor compliance with RCT regulation.
- This coincided with a visit by Councilman Robles.

As the SED report noted, "The Campus visited during this review is not the same educational setting described in the report of October, 1995." I thank you for the part you played. However, as the same report also notes, "the schools have a great deal of work ahead of them to reach the vision outlined in the Redesign Plan." We believe that this will require new leadership. We believe it is necessary to establish a new consultancy model.

Again, thank you.

Sincerely,

Nicholas J. Coletto
Superintendent

NJC:bc

EXHIBIT Z

```
 1                                                          1
 2

 3   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------X
     MARCIA BREVOT,
 5
                    Plaintiff,              INDEX NO.:
 6                                          04 CV 7959
            - against -
 7
     NEW YORK CITY DEPARTMENT OF
 8   EDUCATION, Chancellor JOEL I.
     KLEIN, LIS MICHAEL La FORGIA,
 9   Comm. RICHARD J. CONDON, Senior
     Investigator MARIE ZOLFO,
10
                    Defendants.
11   ------------------------------------X

12

13
                              Corporation Counsel
14                            100 Church Street
                              New York, New York
15
                              November 14, 2005
16                            10:40 A.M.

17

18
              EXAMINATION BEFORE TRIAL of MARCIA
19
     BREVOT, the Plaintiff herein, taken by the
20
     attorney for the Defendants, pursuant to Notice,
21
     and held before Ronald M. Glick, a Notary Public
22
     of the State of New York at the above-stated time
23
     and place.
24
                        *    *    *    *
25
```

```
 1
 2
 3      APPEARANCES:
 4
 5          NEW YORK CIVIL LIBERTIES UNION
                  Attorneys for the Plaintiff
 6              125 Broad Street
                New York, New York 10004
 7
          BY:   BETH HAROULES, ESQ.
 8
 9
10          MICHAEL A. CARDOZO, ESQ.
                  Corporation Counsel
11              Attorney for the Defendants
                100 Church Street, 4th Floor
12              New York, New York 10008
13        BY:   BLANCHE GREENFIELD, ESQ.
                FILE No. 04 LE-000-310
14
15
16
17
18
19
20
21
22
23
24
25
```

2   my friend was very ill, so I cared for him for a
3   little bit and then I started working there in
4   August of 2003.
5       Q    Okay.
6       A    And that's when we get up to Michael
7   La Forgia calling me about New Visions.
8       Q    Okay.
9       A    And I kept doing part-time work for
10  Homes for the Homeless.
11      Q    Okay.
12      A    Then I went up -- obviously I went to
13  work for New Visions.
14      Q    Right.
15      A    Then I got fired from there and went
16  back to Homes for the Homeless.
17           No, excuse me.  Sorry.  Went back to
18  Educational Alliance for another six months.  But
19  I didn't land that job until the following
20  January.  I didn't work at all from New Visions.
21  I just couldn't get a job.
22      Q    Right.
23      A    So for six months I was out of work.
24      Q    Okay.
25      A    And then Educational Alliance asked me

2   to come back again and I worked at their Y as
3   opposed to their home office.
4        Q     On 14th Street?
5        A     Yeah.  And I did their Gani Nursery
6   School.
7        Q     Okay.
8        A     I was the director of the Gani Nursery
9   School.  We went through a renewal process there.
10              And then Homes for the Homeless people
11  offered me a job again, and I've been working for
12  them now since last July.  Whew.
13       Q     What happened to Carol at the school?
14       A     Carol?  Oh, --
15             MS. GREENFIELD:  Off the record.
16             (Whereupon, there was a discussion
17       held off the record.)
18       Q     Homes for the Homeless; do you have a
19  contract to work with them?
20       A     No, I'm just an employee.  I mean,
21  that's ongoing.  They want me forever.
22       Q     Are you a direct employee?
23       A     Yes.
24       Q     Do you work full time or per diem?
25       A     I'm working full time.

Marcia Brevot　　　　　　　　　104

2　Q　Do you get paid a daily rate or annual
3　salary?
4　A　An annual salary of forty-eight
5　thousand.
6　Q　Is that full time, Monday to Friday?
7　A　Yes, it is.
8　Q　Where is your office; in Manhattan?
9　A　I don't have an office.
10　Q　Okay.
11　A　I'm direct service, like a director of
12　A.C.D.
13　Q　Yes.
14　A　Like child services. Up in the Bronx
15　on Kelly Street.
16　Q　I'm sorry. You said your title is
17　director?
18　A　Yes. I'm the director of Jump Start.
19　Q　Oh, Jump Start?
20　A　Yes.
21　Q　Now, you testified that for a six-month
22　period of time you were unable to obtain
23　employment?
24　A　Right.
25　Q　Did you apply anywhere during that

EXHIBIT AA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARCIA BREVOT,

                Plaintiff,

   -against-           04 CV 7959

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
------------------------------------x

              November 4, 2005
              10:15 a.m.

   Deposition of MARIE E. ZOLFO, taken held at the offices of the NEW YORK CIVIL LIBERTIES UNION, 125 Broad Street, New York, New York, before Vicky Galitsis, a Certified Shorthand Reporter and Notary Public of the State of New York.

        GREENHOUSE REPORTING, INC.
      363 Seventh Avenue - 20th Floor
         New York, New York  10001
             (212) 279-5108

A P P E A R A N C E S:


NEW YORK CIVIL LIBERTIES UNION

    Attorneys for the Plaintiff

    125 Broad Street

    New York, New York  10004

BY:    BETH HAROULES, ESQ.,

        of Counsel


OFFICE OF THE CORPORATION COUNSEL
OF THE CITY OF NEW YORK

    Attorneys for the Defendants

    100 Church Street

    New York, New York  10007-2601

BY:    BLANCHE GREENFIELD, ESQ.,

        of Counsel

1  M. Zolfo

2    A.    Yes.

3    Q.    Why were you speaking to
4 Ms. Kipley?

5    A.    I was told to call her by Deputy
6 Commissioner Loughran, that apparently Kipley
7 had called our office regarding the
8 investigation that she had on Brevot.

9    Q.    Did Commissioner Loughran tell
10 you why Kipley --

11    A.    Just that she had, from what I
12 could recall. All I recall was Florida also
13 had an investigation on her.

14    Q.    Did you know if the Florida
15 investigation was contemporaneous with your
16 investigation?

17    A.    I didn't really know anything
18 about it until I called her.

19    Q.    Did you understand from
20 Commissioner Loughran that the call from
21 Ms. Kipley had come in at about the 25th of
22 February?

23    A.    That it appeared to, yes. That's
24 what it appeared to be.

25    Q.    Did Ms. Kipley tell you anything