UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARCIA BREVOT,

                Plaintiff,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
JOEL I. KLEIN, Chancellor, New York City Department
of Education, MICHAEL LA FORGIA, Local
Instructional Supervisor Region 9 New York City
Department of Education, RICHARD J. CONDON,
Special Commissioner, New York City Office of the
Special Commissioner of Investigation for the New York
City School District, and MARIE ZOLFO, Senior
Investigator, New York City Office of the Special
Commissioner of Investigation for the New York City
School District,

                Defendants.
------------------------------------x

04 Civ. 7959 (GEL)(MHD)

ECF Case



## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, Marcia Brevot, by her attorney, the New York Civil Liberties Union Foundation, hereby appeals to the United States Court of appeals for the Second Circuit from the Opinion and Order entered in this action on March 7, 2007 granting defendants' motion for summary judgment and denying plaintiff's cross-motion for summary judgment.

Dated:    New York, New York
          April 5, 2007

                                                _____
                                                Beth Haroules (BH-5797)
                                                New York Civil Liberties Union
                                                Foundation
                                                125 Broad Street, 19th floor
                                                New York, New York  10004
                                                212-607-3300