UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MARCIA BREVOT,

                    Plaintiff,

      -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                  Defendants.

-------------------------------------------------------------x

04 Civ. 7959 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

       The Court is advised that the above-captioned civil action continues to appear as an open case in certain internal reports prepared by the Clerk's Office. The Court granted defendants' motion for summary judgment on March 5, 2007. (Doc. #37.) Accordingly, the Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

Dated: New York, New York
       May 2, 2007

                                      GERARD E. LYNCH
                                 United States District Judge